UNITED STATES of America, Plaintiff–Appellee

v.

Handel Christopher VERNON–BOWEN, Defendant–Appellant.

No. 11–41160
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 19, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

Rebekah Syck, Wichita Falls, TX, for Defendant–Appellant.

Before DAVIS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Handel Christopher Vernon–Bowen has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Vernon–Bowen has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Vernon–Bowen's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.